UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ELIZABETH MANON, | 13 CV 3476 (RJS) |
| Plaintiff, | **NOTICE OF MOTION** |
| - against – | |
| 878 EDUCATION, LLC, ALFONSO GARCIA, *Individually*, and ALEX OLINER, *Individually*, | |
| Defendants. | |

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, the undersigned on behalf of Plaintiff will move this Court at the United States Courthouse located at 40 Foley Square, New York, NY as soon as counsel can be heard, for an Order pursuant to FRCP 37(c)(1) precluding evidence relating to Plaintiff's criminal conviction, unemployment benefits records, and further relief the Court deems necessary and proper.

Dated: New York, New York
April 13, 2015

Phillips & Associates, PLLC

Alex Umansky (AU7961)
Casey Wolnowski (CW9371)
*Attorney for Plaintiff*
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
aumansky@tpglaws.com
cwolnowski@tpglaws.com