ELIZABETH MANON
CONFIDENTIAL 54





Oct 10, 2012, 2:34 AM

> She got a virus that wasn't cured fast enough they did a chest x-ray and found ammonia in her right lung.. The antibiotic they giving her can only be through IV because of her age. I'm not sure how long she will be in the hospital ! I will have all the hospital paper work to bring to work ..

 

1

ELIZABETH MANON
CONFIDENTIAL 56



ELIZABETH MANON
CONFIDENTIAL 58



> Thanks.. I should be back Tom. My notes only excuse me for the two days.

> If she still to sick I will let you know.

Ok

Nov 15, 2012, 8:15 AM

Wait can't maria give her the treatment? Or jose? Or they don't know how too?

I forget you have a sitter for some reason I though the daycare would not take her smh

ELIZABETH MANON
CONFIDENTIAL 59



back to work Tom. I sent Alex an email about what's going on and I with have my hospital papers.

So your going to stay home with her right?

Nov 15, 2012, 7:53 AM

I have to she is very sick and I have to keep her on asthma treatment every 4hrs

Ok hope she feels better... just take tomorrow off to if you too

Thanks.. I should be back Tom. My notes only

6

Sprint
9:56 PM
32%
Messages
Ale Garcia
Edit
My daughter is my first priority .. And I don't ever takes days off unless its really needed..
Ok
Obviously I need my money but in this kind of circumstance I need to be with my daughter . I am her mother ....
Like I said I just woo make sure you don't get paid is all
Ok
Send