**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELIZABETH MANON.,

                    Plaintiffs,

    -against-

878 EDUCATION, LLC, ALFONSO GARCIA,
and ALEX OLINER,

                  Defendants.

Case No. 13-cv-3476 (RJS)

**NOTICE OF MOTION *IN***
***LIMINE* #2**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion *In Limine* #2, that Defendants 878 Education, LLC, Alfonso Garcia and Alex Oliner ("Defendants") will move this Court before the Honorable Richard J. Sullivan, United States District Judge, United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time as the Court may direct, for an order granting the Defendants' motion *in limine* to preclude Yomira Netera from testifying at trial or, in the alternative, allow Defendants to take Ms. Netera's deposition in advance of trial.

Dated: New York, New York
      April 14, 2015

                    SHER TREMONTE LLP

                    By: _/s/ Justin M. Sher_____
                        Justin M. Sher
                        Justin J. Gunnell
                    80 Broad Street, 13th Floor
                    New York, New York 10004
                    Tel: 212.202.2600
                    Email: jsher@shertremonte.com

                    *Attorneys for Defendants 878 Education, LLC,*
                    *Alfonso Garcia and Alex Oliner*

To: All counsel of record (by ECF)