UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH MANON.,

                Plaintiffs,

  -against-

878 EDUCATION, LLC, ALFONSO GARCIA, and ALEX OLINER,

                Defendants.

Case No. 13-cv-3476 (RJS)

NOTICE OF MOTION *IN LIMINE* #3

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion *In Limine* #3, that Defendants 878 Education, LLC, Alfonso Garcia and Alex Oliner ("Defendants") will move this Court before the Honorable Richard J. Sullivan, United States District Judge, United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time as the Court may direct, for an order granting the Defendants motion *in limine* to admit evidence of Plaintiff's conviction for petit larceny.

Dated: New York, New York
       April 14, 2015

                        SHER TREMONTE LLP

                        By: /s/ Justin M. Sher
                             Justin M. Sher
                             Justin J. Gunnell
                        80 Broad Street, 13th Floor
                        New York, New York 10004
                        Tel: 212.202.2600
                        Email: jsher@shertremonte.com

                        *Attorneys for Defendants 878 Education, LLC, Alfonso Garcia and Alex Oliner*

To: All counsel of record (by ECF)