# SHER TREMONTE LLP

April 14, 2015

**BY ECF & EMAIL**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Email: sullivannysdchambers@nysd.uscourts.gov

    Re: *Elizabeth Manon v. 878 Education, LLC, et al.*
       (Case No. 13 Civ. 3476 (RJS))

Dear Judge Sullivan:

  At the request of Hon. Paul G. Gardephe, I write on behalf of the Defendants, 878 Education, LLC, Alfonso Garcia and Alex Oliner, concerning the trial schedule in this matter. Trial is currently scheduled to commence on May 26, 2015.

  Judge Gardephe is seeking to schedule the trial of *Bouveng v. NYG Capital LLC et al.*, (Case No. 14 Civ. 5474 (PGG)), in which I also represent the defendants, in mid-May. I have advised Judge Gardephe that I cannot represent the defendants in that trial in mid-May and adequately prepare for this trial by May 26. I have also advised Judge Gardephe that I previously represented to this Court that I would not seek an adjournment of the trial date. For these reasons, the trial in the *Bouveng* matter is currently scheduled for June 8. However, Judge Gardephe has directed me to inquire concerning the feasibility of adjourning the trial in this case so that the *Bouveng* trial can proceed in mid-May.

  I have conferred with counsel for plaintiff, Alex Umansky, Esq. Mr. Umansky opposes any adjournment of the trial in this case.

            Respectfully submitted,

            /s/ Justin M. Sher

            Justin M. Sher

cc: Alex Umansky, Esq., counsel for Plaintiff (by ECF)