# SHER TREMONTE LLP

May 18, 2015

**BY ECF AND EMAIL**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Email: sullivannysdchambers@nysd.uscourts.gov

    Re: *Manon v. 878 Education, LLC, et al.*
       (Case No. 13 Civ. 3476 (RJS))

Dear Judge Sullivan:

  On behalf of the parties in the above-referenced matter, please find attached a proposed order pursuant to Standing Order M10-468 of the United States District Court for the Southern District of New York to bring personal electronic devices and general purpose computing devices into the courthouse for use during trial.

           Respectfully submitted,

           /s/ Justin J. Gunnell
           Justin M. Sher
           Justin J. Gunnell

Enclosure

cc: All Counsel of Record (by ECF)
   Orders and Judgments (by email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned_____

_____, No. _____.

The date(s) for which such authorization is provided is (are) _____.

| Attorney | Device(s) |
|---|---|
| 1. | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014